# United States Court of Appeals
## for the Seventh Circuit

**Daniel A. Manion**
**Circuit Judge**

**301 Grant Federal Bldg.**
**204 S. Main Street**
**South Bend, IN 46601**

September 24, 2012

Hon. Joseph H. McKinley, Jr.
Chair
Committee on Financial Disclosure
One Columbus Circle NE
Washington, DC 20544

RECEIVED 2012 OCT -1 A 9: 53 FINANCIAL DISCLOSURE OFFICE

      re: Calendar 2011 Filing

Dear Judge McKinley:

      This is in response to your letter of August 29, 2012.

      First, with regard to Part VII, page 4, line 7, there was a mistake. Line 6 indicates that there was a purchase of Boeing Company. That is incorrect. There were no transactions with Boeing. Instead, in line 7 it should have indicated that Nuveen was bought on 10/26/11. "K" is the correct value code for that transaction.

      With regard to Part VII, page 10, line 112, Suntrust Capital was correctly designated as being held. It was actually purchased on October 4, 2010, and the value code would have been "J."

      With regard to Part VII, page 9, lines 95-97, there is no way to further break down the individual assets with these plans. I have █████████████████ ██████████████ These funds are all mutual funds totally out of my control. They vary a bit with balanced funds and moderate growth funds, and that differs slightly with ████ Other than listing the total value in each fund, there is no possible way to break it down further.

      In any event, I appreciate your noting the other errors which we were able to clear up.

Sincerely yours,

Daniel A. Manion

DAM:cb

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Manion, Daniel A. | 2. Court or Organization<br><br>USCA-7 | 3. Date of Report<br><br>5/29/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
|---|---|---|

| 7. Chambers or Office Address<br><br>301 Grant Federal Building<br>204 S. Main Street<br>South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking | A | Interest | J | T | | | | | |
| 2. Key Bank checking #2 | | None | K | T | | | | | |
| 3. First Opportunity Fund | | None | J | T | | | | | |
| 4. UBS deposit account (RMA money market) | A | Distribution | N | T | | | | | |
| 5. Diamonds | | None | J | W | | | | | |
| 6. Boeing Company common | A | Dividend | L | T | Buy | 08/19/11 | K | | |
| 7. Nuveen High Yield (joint) | A | Interest | L | T | | | J | | |
| 8. Blackrock Muni 2018 Trust (Ann) | A | Dividend | J | T | | | | | |
| 9. Barclays Bank preferred (Ann) | A | Dividend | J | T | | | | | |
| 10. Credit Suisse preferred (Ann) | A | Dividend | J | T | | | | | |
| 11. Deutsche Bank preferred (Ann) | A | Dividend | J | T | | | | | |
| 12. ING Group preferred (Ann) | A | Dividend | J | T | | | | | |
| 13. Bank of America preferred (Ann) | B | Dividend | J | T | | | | | |
| 14. South Bend Redev. Bond (Ann) | A | Interest | J | T | | | | | |
| 15. Indiana St. Dev. Bond (Ann) | A | Interest | J | T | | | | | |
| 16. Chicago IL O'Hare bond (Ann) | A | Interest | J | T | | | | | |
| 17. Brownsville TX bond (Ann) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Indianapolis IN loc bond (Ann) | A | Interest | J | T | | | | | |
| 19. Indianapolis IN gas bond (Ann) | A | Interest | J | T | | | | | |
| 20. Hamilton Co. OH bond (Ann) | A | Interest | J | T | | | | | |
| 21. Kane/DeKalb Co. IL bond (Ann) | B | Interest | K | T | | | | | |
| 22. University Akron bond (Ann) | A | Interest | J | T | | | | | |
| 23. Keycorp common (Dan) | A | Dividend | L | T | | | | | |
| 24. UBS deposit account (Ann) | A | Distribution | L | T | | | | | |
| 25. IRAs -- items 26-38 | | | | | | | | | |
| 26. UBS Bank USA dep (liquid assets fund) | A | Distribution | M | T | | | | | |
| 27. General Electric | A | Dividend | J | T | | | | | |
| 28. Davis NY Venture Fund | A | Distribution | J | T | | | | | |
| 29. Franklin Balance Sheet | D | Distribution | K | T | | | | | |
| 30. Franklin Income Fund | A | Distribution | J | T | | | | | |
| 31. Raytheon | A | Dividend | L | T | Buy | 08/19/11 | K | | |
| 32. Merchants Bank fixed rate CD | A | Interest | | | Sold | 01/06/11 | K | | |
| 33. Medallion Bank fixed rate cd | A | Interest | | | Sold | 02/02/11 | J | | |
| 34. Columbus BTT fixed rate cd | A | Interest | | | Sold | 02/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Express fixed rate cd | A | Interest | | | Sold | 02/22/11 | J | | |
| 36. US West Communications deb | B | Interest | J | T | | | | | |
| 37. State of Indiana retirement | | None | J | T | | | | | |
| 38. Growth Fund America | | None | J | T | | | | | |
| 39. Amedisys, Inc. | | None | J | T | Buy | 08/19/11 | K | | |
| 40. Conocophillips | | None | K | T | Buy | 11/18/11 | K | | |
| 41. Medtronic | A | Dividend | K | T | Buy | 08/19/11 | K | | |
| 42. Microsoft Corp | A | Dividend | K | T | Buy | 03/18/11 | K | | |
| 43. Nucor Corp | A | Dividend | K | T | Buy | 08/19/11 | K | | |
| 44. 20/20 Fund (Jennison) | B | Distribution | L | T | | | | | |
| 45. Northwestern Mutual Life Insurance | | None | M | T | | | | | |
| 46. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 47. Baird Trust Acct: items 48-82 | | | | | | | | | |
| 48. Automatic Data Processing (ADP) | B | Dividend | K | T | | | | | |
| 49. Computer Sciences Corp. common | A | Dividend | | | Sold | 08/12/11 | K | D | |
| 50. Target Corp. common | B | Dividend | L | T | | | | | |
| 51. Kellogg Company | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Windstream Corp. | C | Dividend | L | T | | | | | |
| 53. Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 54. Intel Corp common | A | Dividend | J | T | | | | | |
| 55. Varian Medical | | None | J | T | Buy | 12/29/11 | J | | |
| 56. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 57. Procter & Gamble common | A | Dividend | K | T | | | | | |
| 58. Dreyfus Muni Money Market | A | Distribution | M | T | | | | | |
| 59. Fiserv Inc. | | None | M | T | | | | | |
| 60. Becton Dickinson & Co. | A | Dividend | K | T | Buy | 02/08/11 | J | | |
| 61. Ecolab common | A | Dividend | K | T | | | | | |
| 62. Patterson Companies common | B | Dividend | M | T | Sold (part) | 11/02/11 | J | C | |
| 63. Fastenal common | B | Dividend | L | T | | | | | |
| 64. Permanent Portfolio Fund | A | Dividend | K | T | | | | | |
| 65. Stericycle Inc. | | None | K | T | | | | | |
| 66. Techne Corp. | A | Dividend | K | T | Buy | 09/06/11 | J | | |
| 67. Powershares Global | A | Dividend | K | T | | | | | |
| 68. Medco Health Solutions | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Century Link Inc. | D | Dividend | M | T | | | | | |
| 70. Valmont Industries | A | Dividend | K | T | Buy | 08/12/11 | J | | |
| 71. Cisco Systems common | A | Dividend | K | T | Buy | 03/11/11 | K | | |
| 72. Gillead Sciences common | | None | K | T | Buy | 03/02/11 | K | | |
| 73. Harley Davidson common | A | Dividend | L | T | | | | | |
| 74. Pepsico Inc. | B | Dividend | K | T | Buy | 02/07/11 | J | | |
| 75. Emerson Electric | B | Dividend | J | T | | | | | |
| 76. EQT Corp. | A | Dividend | L | T | | | | | |
| 77. Federated Invs. Class B | A | Dividend | | | Sold | 08/15/11 | J | | |
| 78. Microsoft Corp | B | Dividend | L | T | | | | | |
| 79. McCormick & Co. | A | Dividend | K | T | | | | | |
| 80. VCA Antech Inc. | | None | | | Sold | 12/11/11 | K | | |
| 81. General Electric | A | Dividend | K | T | | | | | |
| 82. Harris Corp. | B | Dividend | K | T | | | | | |
| 83. BP PLC common | C | Dividend | L | T | | | | | |
| 84. General Electric | A | Dividend | K | T | | | | | |
| 85. Pfizer Inc. | B | Dividend | J | T | Sold (part) | 10/21/11 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble ( ) | B | Dividend | L | T | | | | | |
| 87. Corning ( ) | A | Dividend | J | T | Buy | 06/17/11 | K | | |
| 88. Limelight Networks ( ) | | None | J | T | Buy | 06/17/11 | J | | |
| 89. Dupont ( ) | A | Dividend | K | T | Buy | 08/19/11 | K | | |
| 90. Frontier Communications ( ) | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 91. JM Smucker | A | Dividend | J | T | | | | | |
| 92. UBS deposit account ( ) | A | Dividend | M | T | | | | | |
| 93. Ohio State Higher Educ. Fund muni ( ) | A | Interest | K | T | | | | | |
| 94. UBS custodial accts:Fidelity Adv. dividend growth ( ) | A | | J | T | | | | | |
| 95. Alliance College Bound Fund | | None | L | T | | | | | |
| 96. American Funds College America | | None | N | T | | | | | |
| 97. College Choice 529 plan | | None | J | T | Buy | 12/13/11 | J | | |
| 98. OppenheimerFunds Legacy Program | A | Distribution | K | T | | | | | |
| 99. Notre Dame Federal Credit Union savings | A | Dividend | K | T | | | | | |
| 100. Lehman Bros. fixed rate cd | A | Interest | | | Sold | 01/11/11 | J | A | |
| 101. Capmark BK fixed rate cd | A | Interest | | | Sold | 02/04/11 | K | A | |
| 102. FT Franklin Fed interim mutual fund ( ) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Allegheny County PA muni bond ( | A | Interest | K | T | | | | | |
| 104. Fernandina Beach FL muni bond ( | A | Interest | K | T | | | | | |
| 105. Cape Coral FL muni bond ( | A | Interest | K | T | | | | | |
| 106. MTA NYS Trans Rev muni bond ( | A | Interest | J | T | | | | | |
| 107. Kane McKenry muni bond ( | B | Interest | K | T | | | | | |
| 108. Indiana St Fin Auth muni bond ( | A | Interest | J | T | | | | | |
| 109. Washoe County Nev muni bond ( | A | Interest | J | T | | | | | |
| 110. AAG Holding Co. Inc. senior notes ( | A | Interest | J | T | | | | | |
| 111. Nuveen high yield municipal bond fund ( | A | Interest | K | T | Buy | 09/16/11 | K | | |
| 112. Suntrust Capital ( | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 99 and 100: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 5/29/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544